# GOVERNMENT LIQUIDATION, LLC
### Your Direct Source for U.S. Government Surplus
15051 N. Kierland Blvd., Third Floor
Scottsdale, AZ 85254
Telephone Customer Service: (480) 367-1300 Fax: (480) 367-1450
www.govliquidation.com

| | | | |
|---|---|---|---|
| Sold To: | CNSP, Inc. | Invoice #: | 249429 RI |
| 77256092 | 1308 apache ave | Invoice Date: | 2/27/2006 |
| | santa fe NM 87505 | Sale #: | 1768 |
| Phone: | 505-986-1669 | Payment Type: | (PAID) Payment collected by HP |
| Fax: | 505-428-7520 | E-mail: | albert@cnsp.com |

## This Invoice has been Paid In Full

| Lot Number: | Qty: | Description: | Price: | Price Extended: |
|---|---|---|---|---|
| Order Number / Type 1004796 S3 | | | | |
| LOT 0807 | 1 | LOT (3) FLAT SCREEN MONITORS INCLUDING: (2) PRINCTON & (1) M Located At: NV, Washoe, Reno/ADPE | $235.00 | $235.00 |
| Buyer's Premium | 1 | Buyer's Premium | $23.50 | $23.50 |
| Order Number / Type 1006545 S3 | | | | |
| LOT 2265 | 1 | LOT (31) PENTIUM IV DESK TOP COMPUTERS INCLUDING: DELL & MIC Located At: SC, Orangeburg, North/ADPE | $3,450.00 | $3,450.00 |
| Buyer's Premium | 1 | Buyer's Premium | $345.00 | $345.00 |
| | | | Total: | $4,053.50 |

### Tax Group Summary
| Tax Code | Tax Rate | Amount | Taxed Amount |
|---|---|---|---|
| NV3 | 7.375 % | $258.50 | $0.00 |
| SC8 | 6.000 % | $3,795.00 | $0.00 |

Payment Method: Cashier's Check, Certified Check, Wire Transfer, Credit Card (VISA™, Mastercard™ or American Express™)

0.00 % Sales/Excise Tax:

Payment is due within 72 hours (3 business days) following notification of award.

Please make checks payable to: Government Liquidation, LLC
Send All Checks to: Government Liquidation, LLC
15051 N. Kierland Blvd., Third Floor    Attn: Customer Service
Scottsdale, AZ 85254                     Voice: (480) 367-1300

Balance Due:    **$4,053.50**

Remember to include the order number on the check.

LOG ONTO THE GL WEBSITE AT http://www.govliquidation.com/locations/index.html for detailed information on location hours and contact information.

NOTICE TO FREIGHT COMPANY: All freight must be billed to consignee. Government Liquidation, LLC will not be held responsible for any freight charges.

Conditions of Sale: Each described article is sold "AS IS", "WHERE IS", and "IN PLACE", without recourse. The purchaser acknowledges that each article purchased was examined and inspected prior to purchase or that the buyer has waived the opportunity to inspect the property, that there has been no covenant of warranty, expressed or implied, arising by law or


EXHIBIT B

otherwise with regard to liability, merchantability or operational condition of any article purchased. Safety services articles purchased may not incorporate approved adjusting mechanisms or operation safety devices.

It is Buyer's responsibility that articles purchased be so equipped and safeguarded to meet OSHA and any other requirements before placing such articles into operation. Indemnification: Buyer agrees to indemnify and hold Government Liquidation, LLC harmless from and against all claims and liabilities relating to the condition or use of the articles purchased or failure of user to follow instructions, warnings or recommendations of the manufacturer, or to comply with federal, state and local laws applicable to such articles, including OSHA requirements, or for proximate or consequential damages, costs or legal expenses arising therefrom, from and after date of sale. Removal thereof shall be made only after both) payment in full of the total purchase price and thereafter solely at the Buyer's expense. When necessary for removal as determined by Government Liquidation, LLC, the Buyer shall deliver certificates of insurance occasioned by removal of the subject equipment by the Buyer or Buyer's agents. Property that is not removed within the specified removal period for the sale will be considered abandoned and will be re-added into a subsequent sale.

Customers paying by Cashier's Check, Certified Check, Money Order, or Business Check with a Bank Letter of Guarantee are reminded that payment is due in Scottsdale, Arizona at the above address within the stated pay in full dates, and may not be left at the site without prior approval. Merchandise will not be released at the site without an invoice marked "paid in full" and signed by a representative of Government Liquidation, LLC.

Received By (Customer): _____  Date: _____

Released By (GL Representative): _____  Date: _____

## Authorization for Pick-Up

Buyer designates _____ to remove the following lots listed below on Buyer's behalf, and has designated the named person (or company) to sign for the property. Buyer acknowledges that any discrepancy between what is delivered to the Buyer and what is signed for by Buyer's designated representative is a matter between the Buyer and their designated representative, and Government Liquidation, LLC shall not be held responsible.

Event Number: _____

Lot Numbers: _____

Signature of Buyer: _____

### Waiver and Release of Liability

In consideration for the receipt of loading services with respect to those assets at no cost to Buyer, Buyer hereby agrees to release and waive any and all claims, causes of action, damages (including consequential damages and/or loss of use) or liabilities of whatsoever kind or nature against Government Liquidation, its members, officers, agents, employees, successors and assigns arising from or related to, directly or indirectly, such loading services. Buyer's signature above (either as the receiver of the property or where authorizing someone else to pick-up property on their behalf) indicates their acceptance of the Waiver and Release of Liability.