04/14/2006  11:20  5054248280                                              PAGE 02



P.O. Box 44183
Jacksonville, FL 32231-4183

April 4, 2006

ACCOUNT NUMBER

ALBERT F CATANACK
SANTA FE NM
87505-0661

Dear ALBERT F CATANACK:

Thank you for contacting Citi(R) Cards. This letter is in response to your inquiry about the transaction described below made with account number _____:

| Date | Amount | Description |
|------|--------|-------------|
| 30-JAN-06 | $5,074.34 | DRMS-GOVERNMENT LIQUI- BATTLE CREEK-MI |

We are unable to investigate this charge without the exact dollar amount you are disputing. Please complete the following statement and return this letter to us:

"I am disputing $ _1820_ of the charge listed above."

Cardmember Signature _____  Date 4/13/06

We have issued a conditional credit to your account for this charge along with any related fees and finance charges while your inquiry is under review. Please send the requested information within five days to: P.O. Box 44183, Jacksonville, FL 32231-4183. If we do not receive your response, the investigation will be closed and the amount in question will be rebilled to your account along with any related fees and finance charges.

Sincerely,

S. Larson
S. Larson
Customer Service

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.

/DISPMTNKN-----/L1 /JX/CI/ER/2216/JACR185 /1339517MAR06/00408

605-357-2021

A member of citigroup

04/14/2006 FRI 12:21 [TX/RX NO 9473] @002





EXHIBIT D