```
         11/06/06    $12322.67      $634.31      SITE:JX-CI   TM:LG-8200   ACID:JALG005
                                                              11/07/06     22:41:34:
```

CITI CARDS
P.O. BOX 6410
THE LAKES, NV
88901-6410

ALBERT F CATANACK

SANTA FE                         NM
87505-0661000

# Citi® A'Advantage® World MasterCard® 

AAdvantage is a registered trademark of American Airlines, Inc.

Account Number:

Customer Service:
888-766-CITI (2484)

BOX 6000
THE LAKES, NV
89163-6000

| | | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|---|
| | | | $0 | | $0 | |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 10/17/2006 | $0.00 | | + | = | |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 2/27 | 9/16 | 89010001 | Payments, Credits & Adjustments DRMS-GOVERNMENT LIQUI- BATTLE CREEK- 71   9399         0000 | -50.00 00000000000 |
| | 9/25 | Z9785261 | CREDIT FINANCE CHARGES 72   0000         00 | -.76 00000000000 |
| | 10/17 | | Standard Purch 74   0000 | 0000000000 |
| | 10/17 | | 66   0000 | 0000000000 |
| | 10/17 | | 84   0000 | 0000000000 |

Your late fee was based on your account balance as of the payment due date (10/05/06), which was

The Annual Percentage Rate on your account may increase due to one of the following reasons stated in your Card Agreement with us: if you fail to make a payment to us when due, you exceed your credit line or you make a payment to us that is not honored by your bank.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES ADVANCES TOTAL | | | | | |

Days This Billing Period: 32

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch ADVANCES Standard Adv | | | | |

SEND PAYMENTS TO:                                                              357

**EXHIBIT H**